```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  IN THE MATTER OF THE SEARCH OF:  )   2:10-SW-00408 KJN
                                     )
12  13991 DEADMANS FLAT              )
    GRASS VALLEY, NEVADA COUNTY, CA  )   ORDER RE: REQUEST TO UNSEAL
13                                   )   SEARCH WARRANT AND SEARCH
                                     )   WARRANT AFFIDAVIT
14                                   )
                                     )
15                                   )
                                     )
16  _____  )
17
         Upon application of the United States of America and good cause
18
    having been shown,
19
         IT IS HEREBY ORDERED that the search warrant and search warrant
20
    affidavit in the above-captioned proceeding be and are hereby
21
    unsealed.
22
    Date: November 23, 2011
23
                                    _____
24                                  GREGORY G. HOLLOWS
                                    United States Magistrate Judge
25
26
27
28
                                     1
```



FILED
NOV 23 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK